# Court of Appeals, State of Michigan

## ORDER

David A Maples v State of Michigan

Docket No. 343394

LC No. 17-000135-MZ

Brock A. Swartzle
Presiding Judge

Mark J. Cavanagh

Thomas C. Cameron
Judges

---

The Court orders that the May 14, 2019 opinion is hereby AMENDED. The first full paragraph on page 5 at lines 13-14 states "Merriam-Webster's Collegiate Dictionary defines "leading" as "providing direction or guidance." That sentence is changed to state "*Merriam-Webster's Collegiate Dictionary* relevantly defines "leading" as "to bring to some conclusion . . . ."

In all other respects, the May 14, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 2 2 2019

Date

Chief Clerk